THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERTO ESTRADA, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.—

932

Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.